**Order filed October 27, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00454-CV
_____

**DONALD YOUNG, DORIS YOUNG AND DONNA HOLCOMB, Appellants**

**V.**

**CHRIS DI FERRANTE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0052700**

## O R D E R

Appellants' brief was due October 17, 2016**.** No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **November 28, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM